RULE 802. APPELLATE PROCEDURE; STAYS PENDING APPEAL.

.1 Record. Appeals from the probate court shall be on a written transcript of the record made in the probate court or on a record settled and agreed to by the parties and approved by the court. The appeals shall not be tried de novo.

.2. Procedure. Appeals from the probate court are governed by applicable General Court Rules of 1963.

.3 Stays Pending Appeals. An order removing a fiduciary for failure to give a bond or to render an accounting; appointing a temporary personal representative, a temporary guardian, or a temporary conservator; granting a new trial or rehearing; granting an allowance to the spouse or children of a decedent; granting permission to sue on a fiduciary's bond; or suspending a fiduciary and appointing a special fiduciary may not be stayed pending appeal unless ordered by the court on motion for good cause shown.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the State Bar Journal.

## MAY 5, 1981

IN THE MATTER OF HELM. (Docket No. 66229.) Leave to appeal denied. *Boltz, Roth, Silver & Friedman, P.C.,* for appellant Robert E. Helm. *Michael Alan Schwartz,* Grievance Administrator, and *Eugene N. LaBelle,* Deputy Grievance Administrator, for appellee Attorney Grievance Commission.

## MAY 13, 1981

IN THE MATTER OF HOTCHKISS. (Docket No. 67046.) The request by the Judicial Tenure Commission for the appointment of a Master pursuant to GCR 1963, 932.10(b) is considered and the Honorable DONALD E. HOLBROOK is hereby designated as Master to consider Formal Complaint No. 25. The petition for interim suspension is denied. *Michael J. Kelly,* Chairman, *Joseph F. Regnier,* Executive